NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29998
27-MAR-2012
12:11 PM**

NO. 29998

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
KEVIN ANTHONY, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 07-1-2349)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on February 17, 2012, is hereby corrected as follows:

On page 11, in the fourth and third lines from the bottom of the page, the word "was" should be replaced with "were" and the words "part of" should be deleted so that as corrected, the text reads: ". . . three collisions with Officer Bautista's car were a series of acts . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, March 27, 2012.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

_____

[1] Nakamura, Chief Judge, and Fujise and Reifurth, JJ.